**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

**DENNIS M. WOLFEL,**

    **Plaintiff,**

V.      Case No. 2:09-CV-0263

**DR. JANE FARLEY-MORFORD, MD,**      **JUDGE ALGENON L. MARBLEY**
    **MAGISTRATE JUDGE KING**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 1, 2009 Opinion and Order, the Court GRANTS the Defendant's Motion for Judgment on the Pleadings. This case is DISMISSED.

Date: **December 1, 2009**      **James Bonini, Clerk**

                       s/Betty L. Clark
                       Betty L. Clark/Deputy Clerk